THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**COREY L. ELLIS**  PLAINTIFF

v.  Case No. 4:21-cv-00448-KGB

**MURPHY,** *et al.*  DEFENDANTS

## ORDER

Before the Court are the Proposed Findings and Recommendations ("Recommendation") submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 9). No party has filed objections, and the time to file objections has passed. After careful review, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects. The Court dismisses without prejudice plaintiff Corey Ellis' complaint, certifies that an *in forma pauperis* appeal would not be taken in good faith, and recommends that this dismissal count as a strike for the purposes of the Prison Litigation Reform Act pursuant to 28 U.S.C. § 1915(g).

It is so ordered this 2nd day of February, 2023.

Kristine G. Baker
United States District Judge