THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**COREY L. ELLIS**                                                                                            **PLAINTIFF**

**v.**                            **Case No. 4:21-cv-00448-KGB**

**MURPHY,** *et al.*                                                                               **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that this case is dismissed without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal is considered frivolous and not in good faith.

It is so adjudged this 2nd day of February, 2023.

                                                                         Kristine G. Baker
                                                                         United States District Judge